```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 43875
   THEDFORD W DANIELS
   LISA R DANIELS                              CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-3685     SSN XXX-XX-3210


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 11/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  55.62%.

     The case was dismissed after confirmation 01/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICASH LOANS LLC        UNSECURED          1016.85           .00           .00
AMERICASH LOANS LLC        UNSECURED           552.24           .00           .00
CAPITAL ONE                UNSECURED          1230.21           .00           .00
SIR FINANCE                UNSECURED          1972.00           .00           .00
CAPITAL ONE                UNSECURED              .00           .00           .00
CAPITAL ONE                UNSECURED          1013.64           .00           .00
CAPITAL ONE AUTO FINANCE   SECURED           22350.00          1993.09     17351.99
CAPITAL ONE AUTO FINANCE   UNSECURED          2097.33           .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          1028.96           .00           .00
AMERICASH LOANS LLC        UNSECURED           279.72           .00           .00
WICKS FURNITURE            SECURED NOT I    NOT FILED           .00           .00
ADVOCATE ILLINOIS MASONI   UNSECURED        NOT FILED           .00           .00
AMERICASH LOANS            UNSECURED        NOT FILED           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY           1454.70           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED             5.57           .00           .00
BALLYS TOTAL FITNESS       UNSECURED        NOT FILED           .00           .00
ENHANCED RECOVERY CORP     NOTICE ONLY     NOT FILED           .00           .00
HOUSEHOLD BANK             NOTICE ONLY     NOT FILED           .00           .00
CITI BP OIL                UNSECURED        NOT FILED           .00           .00
CITI CARDS                 NOTICE ONLY     NOT FILED           .00           .00
ACADEMY COLLECTION SERVI   NOTICE ONLY     NOT FILED           .00           .00
WEST ASSET MANAGEMENT IN   NOTICE ONLY     NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY     NOT FILED           .00           .00
ACCOUNTS SOLUTIONS GROUP   NOTICE ONLY     NOT FILED           .00           .00
ENCORE RECEIVABLES         NOTICE ONLY     NOT FILED           .00           .00
RISK MANAGEMENT ALTERNAT   NOTICE ONLY     NOT FILED           .00           .00
CHRYSLER CREDIT CORP       UNSECURED        NOT FILED           .00           .00
ACE RECOVERY SERVICES      NOTICE ONLY     NOT FILED           .00           .00
DAIMLER CHRYSLER SERVICE   UNSECURED          3483.19           .00           .00
AT & T WIRELESS            UNSECURED          1003.10           .00           .00
DEBT RECOVERY SOLUTIONS    NOTICE ONLY     NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED           150.00           .00           .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 43875 THEDFORD W DANIELS & LISA R DANIELS
```

```
LINEBARGER GOGGAN BLAIR   NOTICE ONLY    NOT FILED               .00           .00
COLUMBIA HOUSE COMPANY    UNSECURED      NOT FILED               .00           .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED               .00           .00
NORTH SHORE AGENCY        UNSECURED      NOT FILED               .00           .00
GROUP FOX                 UNSECURED      NOT FILED               .00           .00
LANDLORD SERVICE BUREAU   NOTICE ONLY    NOT FILED               .00           .00
HARRIS & HARRIS           UNSECURED      NOT FILED               .00           .00
HOUSEHOLD BANK            UNSECURED      NOT FILED               .00           .00
ACCOUNTS RECEIVABLE MANA  NOTICE ONLY    NOT FILED               .00           .00
CCB CREDIT SERVICE INC    NOTICE ONLY    NOT FILED               .00           .00
LEADING EDGE RECOVERY SO  NOTICE ONLY    NOT FILED               .00           .00
GERALD E MOORE            NOTICE ONLY    NOT FILED               .00           .00
BCR                       NOTICE ONLY    NOT FILED               .00           .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY    NOT FILED               .00           .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED      NOT FILED               .00           .00
ILLINOIS INSTITUTE OF AR  UNSECURED      NOT FILED               .00           .00
LENDER SIR FINANCE        UNSECURED      NOT FILED               .00           .00
PDL FINANCIAL SERVICES    UNSECURED         526.08               .00           .00
PDL FINANCIAL SERVICES    UNSECURED            .00               .00           .00
PDL FINANCIAL SERVICES    UNSECURED        3721.58               .00           .00
PSL                       NOTICE ONLY    NOT FILED               .00           .00
SALLIE MAE INC            UNSECURED        6659.96               .00           .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED               .00           .00
TFC BANKING & SERVICE     UNSECURED      NOT FILED               .00           .00
ACC INTERNATIONAL         NOTICE ONLY    NOT FILED               .00           .00
US DEPT OF EDUCATION FIS  UNSECURED        1052.46               .00           .00
GENERAL MOTORS ACCEPTANC  SECURED NOT I       .00                .00           .00
TIMOTHY K LIOU            DEBTOR ATTY     2,148.24                         2,148.24
TOM VAUGHN                TRUSTEE                                          1,275.82
DEBTOR REFUND             REFUND                                             390.50
```

           Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE            23,159.64

PRIORITY                                        .00
SECURED                                   17,351.99
    INTEREST                               1,993.09
UNSECURED                                       .00
ADMINISTRATIVE                             2,148.24
TRUSTEE COMPENSATION                       1,275.82
DEBTOR REFUND                                390.50
                   ---------------    ---------------
TOTALS             23,159.64              23,159.64


           PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 43875 THEDFORD W DANIELS & LISA R DANIELS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 05 B 43875 THEDFORD W DANIELS & LISA R DANIELS